

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00936-CV

Christopher **BAKER**, David Brown, and James Kerr,
Appellants

v.

James E. **BENNETT**, Jr., Dennis Worley, Sterling Koonce, Flying A Limited Partnership L.P.,
Joseph W. Forbes, Jr., Kenneth Clark, James Boggess, Joel Webb, Jaimie Livingston, David
Miner, Ronald English and MDF, LLC,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI05787
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Delivered and Filed: March 13, 2019

DISMISSED AS MOOT

Appellants filed a notice of interlocutory appeal from the trial court's denial of their special appearances signed on November 20, 2018. After the parties filed their respective briefs in this court, appellees filed a notice of nonsuit as to appellants in the trial court on February 27, 2019. On February 28, 2019, appellants filed a "Motion to Vacate the District Court's November 20, 2018 Order and Dismiss the Appeal as Moot." On March 1, 2019, appellees filed a "Response to Appellants' Motion to Vacate the District Court's November 20, 2018 Order and Dismiss the

Appeal as Moot." After considering the parties' filings, we grant appellants' motion in part and dismiss the interlocutory appeal as moot.

PER CURIAM